# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. GARCIA, et al,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01022-DAD-BAM (PC)<br><br>ORDER ACKNOWLEDGING RECEIPT OF FILING FEE<br><br>(ECF No. 10) |

Plaintiff Wayne Jerome Robertson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2017, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's application to proceed in forma pauperis be denied and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF. No. 8.) Plaintiff filed no objections, and on December 5, 2017, the assigned district judge issued an order adopting the findings and recommendations in full. (ECF No. 9.)

Prior to the issuance of the order adopting the findings and recommendations, Plaintiff submitted the $400.00 filing fee in full. (Docket Entry dated December 4, 2017; ECF No. 10.) The Court HEREBY ACKNOWLEDGES receipt of Plaintiff's filing fee. There are no pending deadlines, and Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **December 6, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1