UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| WAYNE JEROME ROBERTSON, Plaintiff, | 1:17-cv-01022-DAD-BAM (PC) |
|---|---|
| v. | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **WAYNE JEROME ROBERTSON**, CDC#C-24851, PLAINTIFF |
| D. GARCIA, Defendants. | DATE: October 1, 2018<br>TIME: 11:00 a.m. |

**WAYNE JEROME ROBERTSON**, **CDC #C-24851**, a necessary and material witness on his own behalf in proceedings in a settlement conference on **October 1, 2018**, is confined at **California Correctional Institution**, 24900 Highway 202, Tehachapi, CA 93561, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on October 1, 2018, at 11:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Correctional Institution**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: **September 11, 2018**     **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

