FILED

OCT 1 - 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON, | Case No.: 1:17-cv-01022-DAD-BAM (PC) |
| Plaintiff, | ORDER THAT INMATE WAYNE JEROME ROBERTSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| GARCIA, et al., | |
| Defendants. | |

Plaintiff Wayne Jerome Robertson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 1, 2018. Inmate Wayne Jerome Robertson, CDCR #C-24851, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 10/1/2018

_____
UNITED STATES MAGISTRATE JUDGE