# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>GARCIA, *et al.*,<br><br>Defendants. | No. 1:17-cv-01022-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT GARCIA'S MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 72, 78 |

Plaintiff Wayne Jerome Robertson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against defendant Garcia ("defendant") for excessive force in violation of the Eighth Amendment for spraying plaintiff with OC spray on January 24, 2017. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2024, the assigned magistrate judge issued findings and recommendations recommending denial of defendant's motion for summary judgment. Doc. 78. The findings and recommendations were served on the parties and contained notice that any objections must be filed within fourteen (14) days after service. *Id.* at 10. No objections were filed, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case and carefully reviewed the file. The Court finds that the findings and

1

1  recommendations are supported by the record and by proper analysis.

2  Accordingly:

3  1. The findings and recommendations issued on August 26, 2024, Doc. 78, are adopted
4     in full;
5  2. Defendant Garcia's motion for summary judgment, Doc. 72, is denied;
6  3. This matter shall proceed to a jury trial on plaintiff's claim against defendant Garcia
7     for excessive force in violation of the Eighth Amendment for spraying plaintiff with
8     OC spray on January 24, 2017;
9  4. This matter is referred back to the assigned magistrate judge for the issuance of a
10    scheduling order with trial-related deadlines.

13  IT IS SO ORDERED.

14  Dated:   February 16, 2025

                                              _____
                                              UNITED STATES DISTRICT JUDGE

2