# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE JEROME ROBERTSON,** | Case No.: 1:17-cv-01022-KES-BAM (PC) |
| Plaintiff, | **ORDER TO RECAPTION CASE** |
| v. | |
| **GARCIA,** | |
| Defendant. | |

This action proceeds only against Defendant Garcia. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: **February 19, 2025**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE