# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARCIA,<br><br>　　　　Defendant. | Case No. 1:17-cv-01022-KES-BAM (PC)<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>**Date: April 8, 2025**<br>**Time: 9:30 a.m.** |

Plaintiff Wayne Jerome Robertson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2025, Defendant Garcia's motion for summary judgment was denied. (ECF No. 87.) This case is now ready to be set for a jury trial on Plaintiff's claim against Defendant Garcia ("Defendant") for excessive force in violation of the Eighth Amendment for spraying Plaintiff with OC spray on January 24, 2017.

The Court will set a telephonic status conference for April 8, 2025, at 9:30 a.m. to discuss setting the relevant deadlines and trial date before District Judge Kirk E. Sherriff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for **April 8, 2025, at 9:30 a.m.** before the undersigned in Courtroom 8 (BAM);

2. The parties shall appear **telephonically (via Zoom)**;

1

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;

5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **March 7, 2025**; and

6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:   **February 19, 2025**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2