# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>GARCIA,<br><br>Defendant. | Case No. 1:17-cv-01022-KES-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR OBTAINING ATTENDANCE OF UNINCARCERATED WITNESSES WHO REFUSE TO TESTIFY VOLUNTARILY<br><br>(ECF No. 102)<br><br>**Witness Fees Due: August 4, 2025** |

Plaintiff Wayne Jerome Robertson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claim against Defendant Garcia for excessive force in violation of the Eighth Amendment for spraying Plaintiff with OC spray on January 24, 2017. This case is set for a video pretrial conference on September 8, 2025 and an in-person jury trial commencing November 4, 2025 before District Judge Kirk E. Sherriff.

Pursuant to the Court's April 8, 2025 Second Scheduling Order, Plaintiff's notification of the names and locations of unincarcerated witnesses who refuse to testify voluntarily is due on or before July 7, 2025, and Plaintiff must submit the required money orders on or before August 4, 2025. (ECF No. 94.) On May 15, 2025, Plaintiff submitted a witness list including eight witnesses he wished to subpoena to testify at trial, including seven unincarcerated witnesses and one incarcerated witness.[1] (ECF No. 100.) On June 23, 2025, Plaintiff submitted a "Motion for

---

[1] Plaintiff's motion for the attendance of any incarcerated witnesses at trial remains due on or before July 7, 2025. (ECF No. 94, p. 3.) Plaintiff is reminded that any such motion must:

1

Obtaining Attendance of Unincarcerated Witness Who Refuse to Testify Voluntarily."  (ECF No. 102.)  Plaintiff again named the following seven unincarcerated witnesses: (1) Ignacio Vera, Sergeant ID #70284/1563607; (2) Correctional Officer Brian Jones, #81391; (3) Johnny Tingley, Lieutenant; (4) David Andres, Captain; (5) W. J. Sullivan, Warden, (6) Anne Salzman, Registered Nurse; and (7) E. Nagandi, Registered Nurse.  (*Id.* at 1–2.)  Plaintiff states that the last known address for all listed witnesses is at California Correctional Institution, 24900 Highway 202, Tehachapi, California 93561.  (*Id.* at 2.)

The witness fees for the listed witnesses are set forth below.  The amount is based on the daily witness fee of $40.00, plus round-trip mileage at the current reimbursement rate of $0.70 per mile.  28 U.S.C. § 1821.

Thus, if Plaintiff wishes to have these witnesses served with a summons to testify at trial, then Plaintiff must submit a separate money order, made out to **each** witness, in the amounts set forth below:

1. For **Ignacio Vera, Sergeant ID #70284/1563607**, Plaintiff must submit a money order in the amount of **$219.80**;[2]
2. For **Correctional Officer, Brian Jones #81391**, Plaintiff must submit a money order in the amount of **$219.80**;
3. For **Johnny Tingley, Lieutenant**, Plaintiff must submit a money order in the amount of **$219.80**;
4. For **David Andres, Captain**, Plaintiff must submit a money order in the amount of **$219.80**;

///

---

(1) state the name, address, and prison identification number of each such witness; and (2) be accompanied by a declaration showing that each witness has actual knowledge of relevant facts.  (*Id.*)  The motion must also indicate wither the incarcerated witnesses are willing to testify voluntarily.

[2] Plaintiff reports that all listed witnesses have a last known address of California Correctional Institution, 24900 Highway 202, Tehachapi, California 93561.  It is 314 miles, round-trip, from that location to the courthouse.

2

5. For **W. J. Sullivan, Warden**, Plaintiff must submit a money order in the amount of **$219.80**;

6. For **Anne Salzman, Registered Nurse**, Plaintiff must submit a money order in the amount of **$219.80**; and

7. For **E. Nagandi, Registered Nurse**, Plaintiff must submit a money order in the amount of **$219.80**.

As set forth above, Plaintiff's motion is granted to the extent he is requesting that the Court inform him of the appropriate witness and mileage fees required to obtain the attendance of each listed witness. To the extent Plaintiff is requesting that the Court guarantee the attendance of all listed witnesses, Plaintiff's motion is denied. It is Plaintiff's responsibility to submit the required witness fees for each unincarcerated witness he wishes to call at trial, and if Plaintiff chooses not to submit the required fee for any witness listed herein, no subpoena will be issued for the attendance of that witness.

Accordingly, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for obtaining attendance of unincarcerated witnesses who refuse to testify voluntarily, (ECF No. 102), is GRANTED IN PART, as explained above;

2. Plaintiff's deadline to submit the above-listed money orders in the full amounts for the unincarcerated witnesses to be served with summons to testify at trial is **August 4, 2025**; and

3. Plaintiff is advised that the Court cannot accept cash, and money orders cannot be made out to the Court, but **must be made out to the individual witness in that witness's name**.

IT IS SO ORDERED.

Dated: **June 26, 2025**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3