# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>         Plaintiff,<br><br>   v.<br><br>GARCIA,<br><br>         Defendant. | Case No.  1:17-cv-01022-KES-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 104) |

Plaintiff Wayne Jerome Robertson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.  (ECF No. 104.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending deadlines and court dates and close this case.[1]

IT IS SO ORDERED.

Dated:   **June 26, 2025**                    /s/ *Barbara A. McAuliffe*                   
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the parties' stipulation for voluntary dismissal, the Court's June 26, 2025 order directing Plaintiff to submit payment of witness fees to obtain the attendance at trial of his requested unincarcerated witnesses, (ECF No. 103), is also vacated.  Any money orders submitted by Plaintiff will be returned.